# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:  Goran Ilijevski | Case no. 14-14865 |
| | Chapter 13 |
| Debtor | Judge:  Bruce W. Black |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Goran Ilijevski
806 Barclay Dr
Bolingbrook, IL  60440

Sulaiman Law Group
900 Jorie Blvd #150
Oak Brook, IL 60523

Please take notice that on Friday, June 24, 2016 at 10:00 am, a representative of this office shall appear before the Honorable Judge Bruce W. Black at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Friday, June 10, 2016.

/s/ Melissa Shanklin

For:  Glenn Stearns, Trustee

---

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on April 21, 2014.
2. The debtor plan was confirmed on March 20, 2015.

A Summary of the debtor plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $2,360.00 | Last Payment Received: | March 04, 2016 |
| Amount Paid: | $85,633.00 | Amount Delinquent: | $8,830.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

/s/  Gerald Mylander

For:  Glenn Stearns, Trustee