**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:   Debtor(s)   Goran Ilijevski                              Case No. 14-14865    Chapter 13

All Cases:   Moving Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-15    Date Case Filed   4/21/14

Nature of Relief Sought:   ■ Lift Stay    ☐ Annul Stay    ■ Other (describe)   Dismissal and Co-Debtor Stay

Chapter 13:   Date of Confirmation Hearing _____   or Date Plan Confirmed   03/20/2015

Chapter 7:   ☐ No-Asset Report Filed on _____
             ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. ☐ Car    Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date   $419,341.20
   Total of all other Liens against Collateral   $51,037.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $500,000.00, per Debtor's Schedules

5. Default
   a. ■ Pre-Petition Default as of petition date
      Number of months   26    Amount   $119,626.90

   b. ■ Post-Petition Default
      i.  ■ On direct payments to the moving creditor
          Number of months   15    Amount   $68,950.76

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____    Amount _____

6. Other Allegations
   a. ■ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid    Amount   $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ■ No Statement of Intention Filed

Date:   October 3, 2017                                    /s/ Jose Moreno
                                                           Counsel for Movant