| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | 5/1/2014 | $4,306.75 | 12/17/2014 | $32,982.00 | 12/17/2014 | $5,140.33 | $2,834.75 |
| | 6/1/2014 | $4,306.75 | | | 12/17/2014 | $4,167.82 | $2,834.75 |
| | 7/1/2014 | $4,306.75 | | | 12/17/2014 | $4,167.82 | $2,834.75 |
| | 8/1/2014 | $4,306.75 | | | 12/17/2014 | $4,167.82 | $2,834.75 |
| | 9/1/2014 | $4,306.75 | | | 12/17/2014 | $4,167.82 | $2,834.75 |
| | 10/1/2014 | $4,306.75 | | | 12/17/2014 | $4,167.82 | $2,834.75 |
| | 11/1/2014 | $4,306.75 | | | 12/17/2014 | $4,167.82 | $2,834.75 |
| | 12/1/2014 | $4,306.75 | 1/20/2015 | $4,122.75 | 1/20/2015 | $4,306.75 | $2,650.75 |
| | 1/1/2015 | $4,306.75 | 2/20/2015 | $4,122.75 | 2/20/2015 | $4,306.75 | $2,466.75 |
| | | | 3/4/2015 | $8,613.50 | | | $11,080.25 |
| | 2/1/2015 | $4,515.76 | | | 3/9/2015 | $4,908.78 | $2,048.73 |
| | 3/1/2015 | $4,515.76 | | | 3/9/2015 | $4,122.74 | $2,048.73 |
| | | | 5/13/2015 | $4,515.76 | | | $6,564.49 |
| | | | 6/12/2015 | $4,515.76 | | | $11,080.25 |
| | 4/1/2015 | $4,515.76 | | | 6/29/2015 | $4,908.78 | $2,048.73 |
| | 5/1/2015 | $4,515.76 | | | 6/29/2015 | $4,122.74 | $2,048.73 |
| | 6/1/2015 | $4,515.76 | | | 7/1/2015 | $4,515.76 | ($2,467.03) |
| | | | 7/15/2015 | $4,515.76 | | | $2,048.73 |
| | 7/1/2015 | $4,515.76 | | | 7/17/2015 | $4,515.76 | ($2,467.03) |
| | 7/1/2015 | ($4,515.76) | | | 7/24/2015 | ($4,515.76) | $2,048.73 |
| | 6/1/2015 | ($4,515.76) | | | 7/24/2015 | ($4,515.76) | $6,564.49 |
| | 5/1/2015 | ($4,515.76) | | | 7/24/2015 | ($4,122.74) | $10,687.23 |
| | 4/1/2015 | ($4,515.76) | | | 7/24/2015 | ($4,908.78) | $15,596.01 |
| | 4/1/2015 | $4,515.76 | | | 7/27/2015 | $5,301.80 | $2,048.73 |
| | 5/1/2015 | $4,515.76 | | | 7/27/2015 | $4,122.74 | $2,048.73 |
| | 6/1/2015 | $4,515.76 | | | 7/27/2015 | $4,122.74 | $2,048.73 |
| | 6/1/2015 | ($4,515.76) | | | 8/4/2015 | ($4,122.74) | $6,171.47 |
| | 5/1/2015 | ($4,515.76) | | | 8/4/2015 | ($4,122.74) | $10,294.21 |
| | 4/1/2015 | ($4,515.76) | | | 8/4/2015 | ($5,301.80) | $15,596.01 |
| | 4/1/2015 | $4,515.76 | | | 8/6/2015 | $5,301.80 | $2,048.73 |
| | 5/1/2015 | $4,515.76 | | | 8/6/2015 | $4,122.74 | $2,048.73 |
| | 6/1/2015 | $4,515.76 | | | 8/6/2015 | $4,122.74 | $2,048.73 |
| | | | 8/17/2015 | $4,515.76 | | | $6,564.49 |
| | 7/1/2015 | $4,515.76 | | | 8/18/2015 | $4,515.76 | $2,048.73 |
| | | | 9/15/2015 | $4,550.00 | | | $6,598.73 |

| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
| | 8/1/2015 | $4,515.76 | | | 9/16/2015 | $4,515.76 | $2,082.97 |
| | | | 10/2/2015 | $4,520.00 | | | $6,602.97 |
| | 9/1/2015 | $4,515.76 | | | 10/5/2015 | $4,515.76 | $2,087.21 |
| | | | 11/30/2015 | $4,515.76 | | | $6,602.97 |
| | 10/1/2015 | $4,515.76 | | | 12/1/2015 | $4,515.76 | $2,087.21 |
| | | | 12/15/2015 | $4,300.00 | | | $6,387.21 |
| | 11/1/2015 | $4,515.76 | | | 12/16/2015 | $4,515.76 | $1,871.45 |
| | | | 2/15/2016 | $8,613.50 | | | $10,484.95 |
| | 12/1/2015 | $4,266.95 | | | 2/17/2016 | $4,227.15 | $1,951.05 |
| | 1/1/2016 | $4,266.95 | | | 2/17/2016 | $4,306.75 | $1,951.05 |
| | | | 4/26/2016 | $5,000.00 | | | $6,951.05 |
| | 2/1/2016 | $4,266.95 | | | 4/28/2016 | $4,266.95 | $2,684.10 |
| | | | 4/28/2016 | $5,000.00 | | | $7,684.10 |
| | 3/1/2016 | $4,578.62 | | | 4/29/2016 | $4,578.62 | $3,105.48 |
| | 4/1/2016 | $4,578.62 | | | 8/12/2016 | $6,541.40 | ($3,435.92) |
| | | | 10/13/2016 | $4,578.62 | | | $1,142.70 |
| | | | | | | | $1,142.70 |
| | 5/1/2016 | $4,578.62 | | | 10/14/2016 | $4,578.62 | ($3,435.92) |
| | | | 11/1/2016 | $5,300.00 | | | $1,864.08 |
| | | | | | | | $1,864.08 |
| | 6/1/2016 | $4,578.62 | | | 11/2/2016 | $4,578.62 | ($2,714.54) |
| | | | 12/1/2016 | $5,300.00 | | | $2,585.46 |
| | | | | | | | $2,585.46 |
| | 7/1/2016 | $4,578.62 | | | 12/2/2016 | $4,578.62 | ($1,993.16) |
| | | | 12/30/2016 | $5,300.00 | | | $3,306.84 |
| | | | | | | | $3,306.84 |
| | 8/1/2016 | $4,578.62 | | | 1/3/2017 | $4,578.62 | ($1,271.78) |
| | 8/1/2016 | ($4,578.62) | | | 1/9/2017 | ($4,578.62) | $3,306.84 |
| | | | 1/9/2017 | ($5,300.00) | | | ($1,993.16) |
| | | | | | 3/27/2017 | ($4,178.71) | $2,185.55 |
| | | | | | | | $2,185.55 |
| | 8/1/2016 | $4,578.62 | | | 3/30/2017 | $4,578.62 | ($2,393.07) |
| | 8/1/2016 | ($4,578.62) | | | 7/3/2017 | ($4,578.62) | $2,185.55 |
| | | | | | 7/5/2017 | $4,178.71 | ($1,993.16) |
| | | | | | | | ($1,993.16) |
| | 7/1/2016 | ($4,578.62) | | | 9/1/2017 | ($4,578.62) | $2,585.46 |

| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
| | 6/1/2016 | ($4,578.62) | | | 9/1/2017 | ($4,578.62) | $7,164.08 |
| | 5/1/2016 | ($4,578.62) | | | 9/1/2017 | ($4,578.62) | $11,742.70 |
| | 4/1/2016 | ($4,578.62) | | | 9/1/2017 | ($6,541.40) | $18,284.10 |
| | | | | | | | $18,284.10 |
| | 4/1/2016 | $4,578.62 | | | 9/5/2017 | $4,850.49 | $13,433.61 |
| | 5/1/2016 | $4,578.62 | | | 9/5/2017 | $4,306.75 | $9,126.86 |
| | | | | | | | $9,126.86 |
| | | | | | | | $9,126.86 |
| | 6/1/2016 | $4,578.62 | | | 9/7/2017 | $4,578.62 | $4,548.24 |
| | 7/1/2016 | $4,578.62 | | | | | |
| | 8/1/2016 | $4,578.62 | | | | | |
| | 9/1/2016 | $4,578.62 | | | | | |
| | 10/1/2016 | $4,578.62 | | | | | |
| | 11/1/2016 | $5,265.72 | | | | | |
| | 12/1/2016 | $5,265.72 | | | | | |
| | 1/1/2017 | $5,265.72 | | | | | |
| | 2/1/2017 | $5,265.72 | | | | | |
| | 3/1/2017 | $5,265.72 | | | | | |
| | 4/1/2017 | $5,265.72 | | | | | |
| | 5/1/2017 | $5,265.72 | | | | | |
| | 6/1/2017 | $4,574.87 | | | | | |
| | 7/1/2017 | $4,574.87 | | | | | |
| | 8/1/2017 | $4,574.87 | | | | | |
| | 9/1/2017 | $4,574.87 | | | | | |
| Totals | | $188,507.68 | | $119,581.92 | | $115,033.68 | |