UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )          BK No.:   14-14865
Goran Ilijevski                           )
                                          )
                                          )          Chapter:  13
                                          )
                                          )          Honorable Pamela S. Hollis
                                          )
                                          )          Will
          Debtor(s)                       )

### ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY AND WITHDRAWING REQUEST FOR DISMISSAL

THIS CAUSE coming to be heard on the motion of HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-15, a secured creditor herein, for relief from the automatic stay and co-debtor stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-15 its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) and Section 1301(c) by modifying said stay and co-debtor stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 806 Barclay Drive, Bolingbrook, IL 60440.

(2) HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-15's request for dismissal is withdrawn.

(3) No further payments are to be disbursed to HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-15 on its secured claim.

(4) Rule 4001(a)(3) is waived and HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-15 may immediately enforce and implement this order granting relief from the automatic stay

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  October 13, 2017

**Prepared by:**

Jose G. Moreno  ARDC#6229900
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-16-04619)